**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**HUNTER ALLEN MILHOLLAND**                                    **PLAINTIFF**
**ADC #184226**

**V.**                               **NO. 2:26-cv-00079-KGB-ERE**

**WILLIAM BALL**                                               **DEFENDANT**

<u>**RECOMMENDED DISPOSITION**</u>

**I.      <u>Procedure for Filing Objections</u>**

This Recommended Disposition ("RD") has been sent to United States Chief

District Judge Kristine G. Baker. You may file written objections to all or part of

this RD. Any objections filed must: (1) specifically explain the factual and/or legal

basis for the objection; and (2) be received by the Clerk of this Court within fourteen

(14) days of the date of this RD. If you do not object, you risk waiving the right to

appeal questions of fact.

**II.     <u>Discussion</u>**

On May 18, 2026, *pro se* plaintiff Hunter Allen Milholland, an Arkansas

Division of Correction ("ADC") inmate, filed this 42 U.S.C. § 1983 case. *Doc. 2*.

With his initial filing, Mr. Milholland failed to provide a completed

application for leave to proceed in forma pauperis ("IFP"); nor did he pay a filing

fee. As a result, on May 18, 2026, I directed the Clerk of Court to send Mr.

Milholland an IFP application and ordered him to either: (1) return a completed IFP

application, along with a jail account information sheet; or (2) pay the $405.00 filing fee. *Doc. 3*. I specifically warned Mr. Milholland that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Milholland has not addressed the filing-fee requirement, and the time to do so has passed.

## III.    Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.      Mr. Milholland's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's May 18, 2026 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2.      The Clerk be instructed to close this case.

Dated 22 June 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2