**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**HUNTER ALLEN MILHOLLAND**                                                           **PLAINTIFF**
**ADC #184226**

**v.**                                                    **Case No. 2:26-cv-00079-KGB**

**WILLIAM BALL.**                                                                      **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 4). Plaintiff Hunter Allen Milholland has not filed any objections, and the time to do has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Milholland's claims.

It is so ordered this the 20th day of July, 2026.

_____
Kristine G. Baker
Chief United States District Judge